IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:19-CR-00117-01-BRW

CHICO JAHONEY RUSSELL

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 558) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's criminal history category. He remains a criminal history category VI based on his status as a career offender.

Additionally, Defendant's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 27th day of November, 2023.

        Billy Roy Wilson
      UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 269.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).