IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:19-CR-00117-01-BRW

CHICO JAHONEY RUSSELL

### ORDER

Defendant's Motion for Reconsideration (Doc. No. 571) is DENIED.

Even if Defendant's argument that he did not knowingly waive his rights under § 3582(c)(2) had merit (it does not),[1] he is not entitled to relief under Amendment 821. Defendant remains a criminal history category VI based on his status as a career offender, and Amendment 821 does not lower his guideline range.[2]

IT IS SO ORDERED this 27th day of December, 2023.

                                                    Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 447:

    Q: All right. I've read over the plea agreement. The plea agreement is pretty lengthy, and there's all sorts of waivers in there. Have you read every bit of the plea agreement and gone over it with your lawyer?

    A: Yes, sir.

    Q: Do you have any questions about it you want to ask me, or you want to talk to your lawyer about the plea agreement some more?

    A: No; she pretty much explained to me how the plea agreement go, and I got a good understanding of that.

[2] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").